In the Matter of the Incorporation of the VILLAGE OF LAFARGEVILLE, N. Y.   JOHN B. BALTZ and Others, Appellants; WILLIAM S. DANIELS and Another, as Inspectors of Elections, Respondents.— Order affirmed, without costs.   All concur.

GEORGE W. PECK, as Trustee in Bankruptcy of WILLIAM N. HALLOCK and Another, Constituting the Copartnership of THE GEORGE W. HALLOCK BANK, Bankrupts, Respondent, v. JOHN H. BOWLBY and Another, Appellants, Impleaded with THE OREGON MINES AND EXPLORATION COMPANY.— Judgment affirmed, with costs.   All concur.   Clark, J., not sitting.

THOMAS R. GARDINER, Respondent, v. E. C. KLAPP, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to appellant to abide event.   All concur.

STEPHEN V. LINES, Respondent, v. WILLIAM H. LINES, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.   Held, that the evidence is insufficient to establish a partnership or joint venture of the parties.   All concur.

HENRY HARRISON COMPANY, INC., Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs.   All concur.

ALBERT H. FORD, Respondent, v. THE STATE OF NEW YORK, Appellant. — Judgment affirmed, with costs.   All concur.

TRACY E. HUMPHREY, Respondent, v. THE HURD & FITZGERALD SHOE COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concur.

NELLIE GROVES, Respondent, v. S. WANDER & SONS' CHEMICAL COMPANY, INC., Appellant.— Judgment and order affirmed, with costs.   All concur, except De Angelis, J., who dissents and votes for reversal and dismissal of the complaint.

MARGARET KOHLER, Respondent, v. YATES COAL COMPANY, Appellant. — Judgment and order affirmed, with costs.   All concur.

TRADERS NATIONAL BANK OF ROCHESTER, Respondent, v. CATHERINE M. AMSDEN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.   All concur.

MILTON L. CULVER, Respondent, v. KEENAN BROTHERS REALTY COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   All concur.

JOHN KRAMB, Respondent, Appellant, v. JULIA HARING and Others, Appellants, Respondents.— Judgment and order affirmed, with costs.   Held, while the statement of the witness Fischer should have been received as bearing upon the credibility of his testimony, we think the substance of it was elicited upon cross-examination so far as material, and that no prejudicial error was committed in rejecting it.   All concur.

JAMES CAIRNS, Respondent, v. GEORGE WELCH, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.   All concur.

EDWARD FELMET, Respondent, v. NATIONAL CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concur.

JOSEPHINE BARBERIO, as Administratrix, etc., of JOSEPH BARBERIO,